[No. 40419-2-II. Division Two. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. M.J., *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-8-00048-5, Craddock D. Verser, J., entered February 4, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 40688-8-II. Division Two. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JEAN PAUL BURFIEND, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-00071-6, Carol Murphy, J., entered April 29, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 26694-0-III. Division Three. February 15, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD L. SMILEY-LYLE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01279-9, Neal Q. Rielly, J., entered December 18, 2007. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28139-6-III. Division Three. February 15, 2011.]

*In the Matter of the Marriage of* STEPHEN CODY MCDONALD, *Appellant*, and KRISTY E. CRISMON, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 05-3-50025-1, Vic L. VanderSchoor, J., entered May 1, 2009. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.